UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES E. DUNMORE,<br><br>         Plaintiff,<br><br>    v.<br><br>MARC HODGE, BETH TREDWAY, LOUIS SHICKER, DR. PHIL MARTIN, JOHN B. COE, STEVEN ADAMSON, EDDIE EDWARDS and ILLINOIS DEPARTMENT OF CORRECTIONS,<br><br>         Defendants. | Case No. 14-cv-184-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff James E. Dunmore's motion to voluntarily dismiss the "amended complaint" (Doc. 55), which Dunmore has confirmed seeks to voluntarily dismiss this entire case without prejudice (Doc. 59). The defendants do not object to the request (Docs. 56, 57 & 62). The Court construes Dunmore's motion as pursuant to Federal Rule of Civil Procedure 41(a)(2). Rule 41(a)(2) provides that only the Court may dismiss an action after an adverse party has filed an answer or motion for summary judgment and in the absence of a stipulation of dismissal of an entire case signed by all the parties. In the absence of any objection from the defendants, the Court **GRANTS** Dunmore's motion (Docs. 55 & 59), **DISMISSES** all claims in this case **without prejudice** and **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**
**DATED:  June 24, 2015**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**